**LODGED**
AUG 18 2005
PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

FILED
MISSOULA, MT
2005 AUG 18 PM 4 08
PATRICK E. DUFFY
BY _PATRICK E. DUFFY_
DEPUTY CLERK

RECEIVED
MISSOULA, MT
2005 AUG 25 PM 3 25
PATRICK E. DUFFY
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

*************************************************

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CR 04-21-M-DWM |
| ) | |
| -vs- ) | **ORDER** |
| ) | |
| STEVEN MOREY, ) | |
| Defendant. ) | |

GOOD CAUSE HAVING BEEN SHOWN, AND THE APPROPRIATE MOTION HAVING BEEN FILED,

IT IS ORDERED, and this does order that Defendant's MOTION TO MODIFY CONDITIONS OF RELEASE is granted and Defendant is released from the condition of electronic monitoring. It is ordered that all other conditions of release heretofore set by the Court and by the U.S. Parole and Probation Officer shall remain in full force and effect.

ORDERED this 25 day of August, 2005.

Donald W. Molloy, Chief Judge
United States District Court

c: Bailey
USM
USPO
USA

247

08/26/2005 14:53 FAX  406 542 7272        CLERK OF COURT MSLA MT                    ☒001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1709
RECIPIENT ADDRESS     97215912
DESTINATION ID
ST. TIME              08/26 14:53
TIME USE              00'17
PAGES SENT            1
RESULT                OK
```

LODGED

AUG 18 2005

PATRICK E. DUFFY, CLERK
By _____
   DEPUTY CLERK, MISSOULA

FILED
MISSOULA MT
RECEIVED
MISSOULA, MT
2005 AUG 25 PM 3 25
2005 AUG 18 PM 4 08
PATRICK E. DUFFY
BY _PATRICK E. DUFFY_
    BY DEPUTY CLERK
       DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

*************************************************

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>           Plaintiff,       )<br>                              )<br>       -vs-                   )<br>                              )<br> STEVEN MOREY,                )<br>           Defendant.       )<br>_____) | CR 04-21-M-DWM<br><br>**ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, AND THE APPROPRIATE MOTION HAVING BEEN FILED,

IT IS ORDERED, and this does order that Defendant's MOTION TO MODIFY CONDITIONS OF RELEASE is granted and Defendant is released from the condition of electronic monitoring. It is ordered that all other conditions of release heretofore set by the Court and by the U.S. Parole and Probation Officer shall remain in full force and effect.

ORDERED this 25th day of August, 2005.